Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>**A red Dodge Ram, vehicle identification number 1D7HA18PX7S171625, bearing Arizona license plate number PVA72B.** | Case No.  21-9122 MB |

## ELECTRONIC SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Arizona__.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

**Affidavit of FBI Special Agent Tyler Woods is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before    __5/19/2021__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____
*(name)*
☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____

Date and time issued:  5/5/2021
@10:10pm                                    __/s/ E. Willett__
                                             *Judge's signature*

City and State: Phoenix, Arizona             Honorable U.S. Magistrate Judge Eileen S. Willett
                                             *Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

1. A red Dodge Ram, vehicle identification number 1D7HA18PX7S171625, bearing Arizona license plate number PVA72B.

## **ATTACHMENT B**

### **ITEMS TO BE SEIZED**

I. Any suspected illegal narcotics;

II. Any United States currency;

III. Any notes, ledgers, payment receipts or any documentation related to the purchase or sale of narcotics;

IV. Any firearm;

V. Any ammunition for a firearm; and

VI. Any indicia, receipts, records or documentation related to the purchase of a firearm or ammunition.

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>A red Dodge Ram, vehicle identification number 1D7HA18PX7S171625, bearing Arizona license plate number PVA72B. | Case No. 21-9122 MB |
|---|---|

## ELECTRONIC APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**As further described in Attachment A.**

Located in the _____ District of __Arizona__, there is now concealed *(identify the person or describe the property to be seized)*:

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

The application is based on these facts:
**Affidavit of FBI Special Agent Tyler Woods is incorporated herein by reference.**

☒ Continued on the attached sheet.
☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Anthony W. Church *A.W.C.*

*Applicant's Signature*

__X__ Sworn by Telephone

Tyler Woods, Special Agent – FBI
*Applicant's printed name and title*

Date and time issued: 5/5/2021@10:10pm

*Judge's signature*

City and State: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

1. A red Dodge Ram, vehicle identification number 1D7HA18PX7S171625, bearing Arizona license plate number PVA72B.

## **ATTACHMENT B**

## ITEMS TO BE SEIZED

I. Any suspected illegal narcotics;

II. Any United States currency;

III. Any notes, ledgers, payment receipts or any documentation related to the purchase or sale of narcotics;

IV. Any firearm;

V. Any ammunition for a firearm; and

VI. Any indicia, receipts, records or documentation related to the purchase of a firearm or ammunition.

# ELECTRONIC AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Tyler Woods, a Special Agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information or items of evidence contained within the residence located at 2610 Altaha Avenue, Whiteriver, Arizona, and a red Dodge Ram, vehicle identification number 1D7HA18PX7S171625, bearing Arizona license plate number PVA72B, as described in Attachment A. The information of items of evidence to be searched for is described in the following paragraphs and in Attachments A and B.

2. I am a Special Agent with the Federal Bureau of Investigations (FBI) in Pinetop, Arizona. I have worked as a Special Agent with the FBI since January 2011. In that time, I have authored and served multiple search warrants related to violent crime, weapons violations and assault. I am assigned to investigate violations of federal crime on the Fort Apache Indian Reservation and have been so assigned since June 2017.

3. I am investigating the criminal activity and believe evidence of a crime may be found at the above listed locations. As shown below, there is probable cause to believe that Jefferson COLELAY committed a violation of Title 21, United States Code 841(a)(1), Possession with Intent to Distribute Methamphetamine, by possessing suspected methamphetamine and weapons located during a traffic stop in Whiteriver, Arizona, occurring within the boundaries of a special territorial jurisdiction, specifically, the Fort Apache Indian Reservation.

4. The facts in this affidavit come from my personal observations; my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge obtained during the course of the investigation.

## PROBABLE CAUSE

5. On May 5, 2021, the F.B.I. was notified of a traffic stop conducted by the White Mountain Apache Tribal police department (WMAT PD). WMAT PD observed a red Dodge Ram which failed to come to a stop at a stop sign and initiated a traffic stop. Upon contacting the driver, WMAT PD learned the driver, JEFFERSON COLELAY, did not have a driver's license. The driver was asked to step out of the vehicle and the officer asked to search the driver for weapons. When the officer patted the driver's pants pocket, he felt a material over the pocket of COLELAY which the officer believed to be similar to methamphetamine.

6. Upon detaining COLELAY, the officer located a quantity of crystalline substance in the driver's pocket. Thereafter, the officer approached the passenger side of the vehicle and saw an open camouflage backpack on the floorboard of the vehicle with suspected methamphetamine in plain view inside of the backpack. SHERWIN ANDERSON was seated in the rear passenger seat with the backpack in front of him. ANDERSON was arrested. During a search incident to arrest, the officer located a pump-action shot gun located next to the camouflage backpack with suspected methamphetamine. Numerous prepackaged small baggies were also found inside the backpack containing a white crystalline substance.

7. A third male, JARON ALCHESAY, was located in the bed of the truck. ALCHESAY was arrested after suspected methamphetamine was located on his person. A fourth individual, D.F. was in the front passenger seat.

8. Your affiant was notified of the traffic stop and arrived on scene while all vehicle occupants were present and detained or arrested. During an interview with D.F., your affiant learned COLELAY spent time throughout the day with D.F. at 2610 Altaha Avenue in Whiteriver, Arizona. Colelay obtained his camouflage backpack from his bedroom located at 2610 Altaha Avenue. D.H. stated that COLELAY had the backpack at his bedside.

9. While spending time with COLELAY, at 2610 Altaha Avenue, D.F. overheard suspected drug transaction negotiations regarding pricing and amounts, which COLELAY had with two other individuals who lived in the residence and sold drugs for COLELAY. These two individuals are an 18-year old male, FNU LNU, and a female known as "WEENIE." FNU LNU. "WEENIE" also brought COLELAY cash. D.F. advised FNU LNU and "Weenie" still have drugs at the residence, 2610 Altaha Avenue, Whiteriver, Arizona.

10. D.F. was in an intimate relationship with COLELAY for over six years and described him as being a drug dealer "his entire life." COLELAY does not have a job. COLELAY's drug dealing was what caused his relationship with D.F. to end. D.F. and COLELAY have three children in common.

11. While securing the suspected methamphetamine, WMAT PD conducted a field test kit on the substance, which tested positive for methamphetamine.

12. COLELAY is an enrolled member of the White Mountain Apache tribe.

## AUTHORIZATION REQUEST

13. Based on the foregoing, I have reason to believe that there is probable cause to obtain the items referenced in Attachment B from the residence referenced in Attachment A. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Special Agent Tyler Woods
Federal Bureau of Investigation

Sworn before me this day, 5th of May, 2021   @10:10pm

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge